UNITED STATES of America,
Plaintiff–Appellee,

v.

Donella Marie HARRIEL,
Defendant–Appellant.

No. 12–6997.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 10, 2012.

Decided: Aug. 23, 2012.

Donella Marie Harriel, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before KING, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donella Marie Harriel appeals the district court's order denying her motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Harriel,* No. 4:03–cr–00287–TLW–2 (D.S.C. May 4, 2012). We dispense with oral argu-

ment because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*